## CAUSE NO. 13F0131-202

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 202nd JUDICIAL DISTRICT |
| | § | |
| KENNEDY RILEY | § | BOWIE COUNTY, TEXAS |

FILED FOR RECORD
2015 JUN 11 PM 12: 47

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/12/2015 10:15:5? AM
DEBBIE AUTREY
Clerk
BOWIE CO. TX.
DEPUTY

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.2, Defendant, Kennedy Riley, gives notice of his desire to appeal to the Sixth District Court of Appeals in Texarkana, Texas, from the Judgment and resulting sentence (and all orders leading thereto) entered on April 17, 2015, in Cause No. 13F0131-202, *The State of Texas vs. Kennedy Riley*, in the 202nd District Court of Bowie County. Defendant previously filed a timely Motion for New Trial on April 30, 2015.

The trial court judge has certified Defendant's right of appeal. *See* TEX. R. APP. P. 25.(a)(2).

Respectfully submitted,

Clint E. Allen
Attorney at Law
Texas Bar No. 24012206
207 East Hiram Street
Atlanta, TX 75551
Tel: (903) 799-7779
Fax: (903) 799-7771

Attorney for Defendant/Appellant Kennedy Riley

## CERTIFICATE OF SERVICE

This is to certify that on June 9, 2015, a true and correct copy of the above and foregoing

document was served on the following counsel of record and other interested parties by U.S. mail:

**Appellant**
Kennedy Riley
Bi-State Detention Center
100 North State Line Avenue
Texarkana, Texas 75501

**Defendant's Trial Attorney**
Mr. Rick C. Shumaker
Bowie Co. Public Defender's Office
424 West Broad Street
Texarkana, Texas 75501

**State's Attorney**
Mr. Mike Shepherd
Bowie County Crim. District Attorney's Office
601 Main Street
Texarkana, Texas 75501

Clint E. Allen

-2-

# CLINT E. ALLEN

## Attorney at Law

FILED FOR RECORD

2015 JUN 11 PM 12: 47

DISTRICT CLERK BOWIE CO. TX.

_____ DEPUTY

207 East Hiram Street
Atlanta, Texas 75551

Telephone: 903.799.7779
Facsimile: 903.799.7771

Email: clint@clintallenlaw.com

---

VIA FIRST CLASS MAIL

June 9, 2015

Ms. Billy Fox
Bowie County District Clerk
710 James Bowie Drive
New Boston, Texas 75570

Re:  The State of Texas vs. Kennedy Riley
     Cause No. 13F0131-202

---

Dear Ms. Fox:

Enclosed for filing please find two copies of each of the following documents in connection with Defendant's appeal:

1.  Defendant's Notice of Appeal;
2.  Written Designation Specifying Matters for Inclusion in Clerk's Record; and
3.  Request for Preparation of Reporter's Record and Designation of Matters to be Included and Request to Court Reporter to Prepare Reporter's Record at No Charge to Appellant.

Please return a file-marked copy to me in the enclosed postage paid envelope.

Thank you for your kind assistance.

Cordially yours,

Clint E. Allen

CEA/hs
Enclosures